IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:00MC00016 |
| | ) | |
| MICHAEL ALLEY | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| SIMMONS FIRST NATIONAL BANK | ) | |
| Garnishee | ) | |

ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss the garnishee in the above-styled cause of action and for good cause shown, it is hereby

ORDERED AND ADJUDGED dismissed.

Dated: October 31, 2005

_____
Honorable George Howard, Jr.
United States District Judge